UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR TLATELPA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00605-KES-CDB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE PRE-TRIAL DEADLINES AND AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Doc. 13) |

**<u>Background</u>**

Pending before the Court is the parties' stipulated request to continue pre-trial deadlines. (Doc. 13).

In support of the request, the parties represent that, to reduce costs, they agreed to delay formal discovery pending their participation in private mediation, which they engaged in on February 6, 2025, but did not reach a settlement. Thereafter, Defendant retained new counsel (Docs. 7-9). Defendant's new counsel requires additional time to familiarize themselves with the case. After the private mediation, the parties began engaging in formal written discovery and anticipate beginning depositions at the end of April 2025. *Id.* at 2.

The parties, therefore, stipulate to modify the scheduling order and assert that these facts present good cause to do so. *Id.* at 3.

1  **Discussion**

2  The parties propose the following extended deadlines (*id.* at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 05/06/2025 | 08/04/2025 |
| Expert Disclosure Deadline | 05/20/2025 | |
| Rebuttal Disclosure Deadline | 06/17/2025 | |
| Expert Discovery Deadline | 07/17/2025 | 10/15/2025 |
| Mid-Discovery Status Conference | 04/02/2025 | 07/02/2025 |
| Non-Dispositive Motion Filing Deadline | 07/31/2025 | 10/01/2025 |
| Non-Dispositive Motion Hearing | 09/08/2025 | 12/08/2025 |
| Dispositive Motion Filing Deadline | 09/22/2025 | 12/22/2025 |
| Dispositive Motion Hearing | 011/03/2025 | 02/02/2026 |
| Pre-Trial Conference | 03/09/2026 | |
| Trial | 05/05/2026 | |

For good cause shown, the parties' stipulated request to continue case management dates (Doc. 13) will be granted, as modified below.

Given the extension of all pretrial deadlines, it is impractical to grant the parties' request while maintaining the current expert disclosure and rebuttal expert disclosure deadlines, as well as the pre-trial conference and trial dates. As such, and to comport with the assigned district judge's scheduling protocols, all related deadlines as well as the pre-trial conference and trial dates will be extended.

In light of the significant extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time. As the Court of Appeals has observed:

> In these days of heavy caseloads, trial courts in both the federal and state systems routinely set schedules and establish deadlines to foster efficient treatment and resolution of cases. Those efforts will be successful only if the deadlines are taken seriously by the parties, and the best way to encourage that is to enforce the deadlines. Parties must understand that they will pay a price for failure to comply strictly with scheduling and other orders . . .

*Wong v. Regents of Univ. of Cal.*, 410 F.3d 1052, 1060 (9th Cir. 2005).

2

The Court admonishes the parties that any further extensions of case management deadlines to accommodate possible settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates below) will not be granted absent extraordinary circumstances.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 6) be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline | 05/06/2025 | **08/04/2025** |
| 2. Expert Disclosure Deadline | 05/20/2025 | **08/18/2025** |
| 3. Rebuttal Disclosure Deadline | 06/17/2025 | **09/08/2025** |
| 4. Expert Discovery Deadline | 07/17/2025 | **10/15/2025** |
| 5. Mid-Discovery Status Conference | 04/02/2025 | **07/02/2025** |
| 6. Non-Dispositive Motion Filing Deadline | 07/31/2025 | **10/01/2025** |
| 7. Non-Dispositive Motion Hearing | 09/08/2025 | **12/08/2025** |
| 8. Dispositive Motion Filing Deadline | 09/22/2025 | **12/22/2025** |
| 9. Dispositive Motion Hearing | 011/03/2025 | **02/02/2026** |
| 10. Pre-Trial Conference | 03/09/2026 | **06/08/2026** |
| 11. Trial | 05/05/2026 | **09/04/2026** |

IT IS SO ORDERED.

Dated: **March 5, 2025**

UNITED STATES MAGISTRATE JUDGE

3