UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR TLATELPA,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>            Defendant. | Case No. 1:24-cv-00605-KES-CDB<br><br>ORDER ON STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY DEADLINES<br><br>(Doc. 24) |

**Background**

Pending before the Court is the parties' stipulated request to extend expert discovery deadlines, filed on August 15, 2025. (Doc. 24).

In support of the request, the parties represent that they required information from fact discovery to identify and evaluate potential experts to testify at trial. Due to availability and scheduling constraints, as well as time needed to review evidence, the parties' contemplated experts, including forensic psychologists, were unable to complete independent medical examinations of Plaintiff, nor prepare their reports, before the current deadline for expert disclosures on August 18, 2025. Plaintiff and Defendant both intend to retain forensic psychologists as experts and depose each other's witness. *Id.* at 3. The parties attach to their stipulated request the declarations of counsel for Plaintiff Devin E. Rauchwerger and counsel for

Defendant Rebecca Hilary Stephens.  (Docs. 24-1, 24-2).

The parties, therefore, stipulate to modify the scheduling order and assert that these facts present good cause to do so.  (Doc. 24 at 3-4).

**Discussion**

The parties propose the following extended deadlines (*id.* at 7):

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosure Deadline | 08/18/2025 | 09/29/2025 |
| Rebuttal Disclosure Deadline | 09/08/2025 | 10/20/2025 |
| Expert Discovery Deadline | 10/15/2025 | 11/26/2025 |

For good cause shown, the parties' stipulated request to extend expert discovery deadlines (Doc. 24) will be granted.  No other dates or provisions of the operative scheduling order (Docs. 6, 14, 23) will be affected by this order.

As the Court has previously granted the parties significant continuances of the deadlines herein, it is unlikely the Court will permit any further extensions of case management deadlines absent extraordinary circumstances.  *See* (Doc. 14 at 2) (citing *Wong v. Regents of Univ. of Cal.*, 410 F.3d 1052, 1060 (9th Cir. 2005)).

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 6, 14, 23) is amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1.  Expert Disclosure Deadline | 08/18/2025 | **09/29/2025** |
| 2.  Rebuttal Disclosure Deadline | 09/08/2025 | **10/20/2025** |
| 3.  Expert Discovery Deadline | 10/15/2025 | **11/26/2025** |

IT IS SO ORDERED.

Dated:   **August 18, 2025**

UNITED STATES MAGISTRATE JUDGE

2